**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| J2F PRODUCTIONS INC., a California corporation,<br><br>        Plaintiff-counter-defendant - Appellant,<br><br>DOUGLAS JACOBSON, an individual,<br><br>        Counter-defendant - Appellant,<br><br>  v.<br><br>JASON SARROW, an individual, DBA E.E. Morris Presents, DBA ICP Films,<br><br>        Defendant-counter-claimant - Appellee. | No. 11-55681<br><br>D.C. No. 2:09-cv-07000-JST-FFM<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Central District of California
Josephine Staton Tucker, District Judge, Presiding

---

     [*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

Submitted November 5, 2012[**]
Pasadena, California

Before: D.W. NELSON and O'SCANNLAIN, Circuit Judges, and GONZALEZ, District Judge.[***]

J2F Productions, Inc., contends that the district court abused its discretion in refusing to award it attorneys fees as sanctions pursuant to 28 U.S.C. § 1927 or the court's inherent powers. We disagree. The district court found that Sarrow's attorneys acted neither recklessly nor in bad faith. The record does not support a conclusion that this was clear error. *See Cline v. Indus. Maint. Eng'g & Contracting Co.*, 200 F.3d 1223, 1236 (9th Cir. 2000).

**AFFIRMED.**

---

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

[***]     The Honorable Irma E. Gonzalez, District Judge for the U.S. District Court for Southern California, sitting by designation.